PER CURIAM.
Affirmed. See Campbell v. State, 125 So.3d 733 (Fla.2013); Harper v. State, 110 So.3d 451 (Fla. 2d DCA 2013) (table decision); Harper v. State, 78 So.3d 543 (Fla. 2d DCA 2011) (table decision); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Harper v. State, 999 So.2d 650 (Fla. 2d DCA 2009) (table decision); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Anderson v. State, 779 So.2d 345 (Fla. 2d DCA 2000); Harris v. State, 111 So.2d 994 (Fla. 2d DCA 2000); Green v. State, 765 So.2d 825 (Fla. 2d DCA 2000); State v. McClain, 509 So.2d 1360 (Fla. 2d DCA 1987); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); State v. Vesquez, 755 So.2d 674 (Fla. 4th DCA 1999).
CRENSHAW, BLACK, and SLEET, JJ., Concur.